UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - v. - | AFFIRMATION |
| KHALIL WILLIAMS, | 22 Mag. 218 |
| Defendant. | |

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER     : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

KEVIN SULLIVAN, under penalty of perjury, hereby affirms as follows:

1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a fourth order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7).

2. KHALIL WILLIAMS, the defendant, was arrested on January 11, 2022, after being charged in a complaint, dated January 7, 2022, with conspiracy to distribute and possess with intent to distribute narcotics, in violation of 21 U.S.C. § 846. The defendant was presented before the Honorable Judith C. McCarthy, United States Magistrate Judge for the Southern District of New York, on January 11, 2022 and was ordered detained on consent of the parties, without prejudice to the defendant later requesting a detention hearing and seeking release on bail.

3. Later, upon the application of defendant, the Honorable Andrew E. Krause, United States Magistrate Judge for the Southern District of New York, held a detention hearing on February 15, 2022 at the conclusion of which Judge Krause ordered Williams to be released to home detention enforced by location monitoring technology as directed by Pretrial Services on an

unsecured bond of $150,000 to be co-signed by three financially responsible persons. Judge Krause further ordered Williams to abide by the following conditions, among others: submit to supervision as directed by Pretrial Services; surrender any passport to Pretrial Services and do not submit new applications for the same; continue or actively seek employment and/or continue or start an education program; avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants; do not possess a firearm, destructive device, or other weapon; do not unlawfully possess any controlled substances; and submit to drug testing as directed by Pretrial Services.

4. The Government subsequently appealed Judge Krause's order, and, at the request of the Government, Judge Krause stayed the order until February 18, 2022, at which time the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, to whom the Government's appeal had been assigned, entered a further stay of the order pending the Government's appeal. After a hearing conducted by Judge Román on March 2, 2022, Judge Román ordered the defendant released on the aforementioned conditions, but subject to further review in 90 days pending the outcome of the defendant's forthcoming application to the Young Adult Opportunity Program of the Southern District of New York.

5. Margaret Shalley, Esq., counsel for the defendant, has engaged in discussions with the Government regarding a possible disposition of this case without trial. The Government hereby requests that a continuance of 28 days be granted to allow those discussions to continue.

6. On April 29 and 30, 2022, I exchanged e-mails with Ms. Shalley, and Ms. Shalley agreed on behalf of the defendant that the requested continuance is appropriate in these circumstances.

7. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

8. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on May 3, 2022.

KEVIN SULLIVAN
Assistant United States Attorney