UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

          -v.-                                          ORDER

KAHLIL WILLIAMS,                          22-CR-452-2 (CS)

                Defendant.
-------------------------------------------------------x

Seibel, J.

      At Defendant Williams' sentencing earlier today, I directed him to surrender to the U.S. Marshals in the White Plains courthouse no later than 12 noon on December 30, 2023. I should have said December 29, 2023, because December 30 is a Saturday. This Order clarifies that Defendant Williams is to surrender to the U.S. Marshals in the White Plains courthouse no later than 12 noon on December 29, 2023. As I understand that Ms. Shalley was traveling out of town following the sentencing, Mr. Williams' Pretrial Services officer shall inform Mr. Williams of my error and the corrected surrender date, and send him a copy of this Order.

Dated: December 14, 2023
       White Plains, New York

                                                  _____
                                                  CATHY SEIBEL, U.S.D.J.